# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY LOUIS CARTER,
Appellant,
vs.
SOUTHWEST COURIER, INC.;
LIBERTY MUTUAL INSURANCE CO.,
INC.; MARK O. REED, M.D., P.C.;
STATE OF NEVADA DEPARTMENT
OF BUSINESS AND INDUSTRY,
DIVISION OF INDUSTRIAL
RELATIONS; AND STATE OF
NEVADA, DEPARTMENT OF
ADMINISTRATION HEARINGS
DIVISION,
Respondents.

No. 73823



FILED

JUL 1 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court without payment of the requisite filing fee. On June 22, 2018, the court entered an order denying appellant's motion for reconsideration, stating that this court will not take action on any pleadings filed in this court until the fee is paid. The order further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

_____, C.J.

18-26931

cc: Terry Louis Carter
Attorney General/Carson City
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Dept of Business and Industry/Div of Industrial Relations/Henderson
Mark O. Reed